**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION**

ANTONIO SIMMONS,             :

         Plaintiff,          :

         :

        v.             :        CIVIL ACTION NO.: CV614-012

         :

STANLEY WILLIAMS; CARL FOUST;    :
JAMES DEAL; WAYNE JOHNSON;      :
JOHNATHAN SANTIAGO; CURTIS       :
WHITFIELD; ANTONIO ABALOS;        :
and ZECHARIAH JONES,            :

         Defendants.       :

CLERK
SO. DIST. OF GA.
2014 AUG 27 PM 12:
U.S. DISTRICT COURT
SAVANNAH DIV.
FILED

**O R D E R**

In a letter addressed to the undersigned, Plaintiff has moved this Court for injunctive relief. Plaintiff seeks to be transferred to another Georgia Department of Corrections facility. Defendants filed a response to Plaintiff's correspondence.[1] An inmate has "no protected right to be incarcerated at any particular institution or region." Clark v. McNeil, 2008 WL 4999224, at * 2 (N.D. Fla. 2008) (citing Meachum v. Fano, 427 U.S. 215, 224 (1976)). In the absence of a showing of an exceptional circumstance wherein there is the possibility of irreparable injury, the Court is not inclined at this juncture to issue a Preliminary Injunction. Plaintiff has

---

[1] Defendants' counsel states that Plaintiff did not serve a copy of his letter upon Defendants. Additionally, the Court notes that there is no Certificate of Service attached to Plaintiff's letter. Plaintiff is reminded that he "shall serve upon Defendants or, if appearance has been entered by counsel, upon their attorneys, a copy of every further pleading or other document submitted for consideration by the Court. Plaintiff shall include with the original paper to be filed with the Clerk of Court a certificate stating the date on which a true and correct copy of any document was mailed to Defendants or their counsel." See Order dated April 8, 2014; Federal Rule of Civil Procedure 5.

made no such showing of the likelihood of irreparable injury so as to suggest the necessity for the entry of a preliminary injunction. Plaintiff's Request is hereby **DENIED**.

**SO ORDERED**, this 20 day of _August_, 2014.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2

AO 72A
(Rev. 8/82)