# United States District Court
## Southern District of Georgia

Antonio Simmons

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV614-12

Stanley Williams

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order dated October 27, 2014, adopting the Report and Recommendation of the Magistrate Judge as the opinion of this Court; granting defendant's Motion to Dismiss. This case is dismissed without prejudice. This action stands closed.

October 27, 2014  
*Date*

Scott L. Poff  
*Clerk*

(By) Deputy Clerk